UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jordan Caruso</u>

     v.                                Civil No. 17-cv-99-JL

<u>US Penitentiary Canaan</u>

<u>O R D E R</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 31, 2017. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                                  /s/ Joe Laplante
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: April 26, 2017

cc:   Jordan Caruso, pro se
       Seth R. Aframe, AUSA